DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN SCALIA,**
Appellant,

v.

**HMC ASSETS LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF CAM XI TRUST,**
Appellee.

No. 4D16-1926

[July 27, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara McCarthy, Judge; L.T. Case No. 13-2309 (11).

Lorne E. Berkeley and Robert E. Blumberg of Daniels Rodriguez Berkeley Daniels & Cruz, P.A., Coral Gables, for appellant.

Cameron H.P. White of South Milhausen, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***